Argued and submitted December 13, affirmed December 26, 1985

# TROUNG,
*Petitioner,*

*v.*

# EMPLOYMENT DIVISION,
*Respondent.*

(85-AB-235-A; A35777)

711 P2d 224

Helen D. Moorman, Salem, argued the cause and filed the brief for petitioner.

Linda DeVries Grimms, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

Petitioner was disqualified from receiving unemployment compensation benefits under Employment Division Rules OAR 471-30-036(2) and (3), because he was not medically able to work more than four hours a day. He seeks judicial review. He does not deny that the rules, if valid, require his disqualification. Rather, he argues that the rules exceed the scope of the Division's authority to promulgate. They do not. *See Doctor v. Employment Division,* 76 Or App 650, 711 P2d 159 (1985); *Minton v. Employment Division,* 57 Or App 348, 644 P2d 632 (1982).

Affirmed.